IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA J. STRICKLAND-PETRI,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARTIN JEFFREY FLAUMII, Judge; SARA SHEFFRELD-PRICE, Magistrate; JESSICA SPITZER, Registrar; CHRISTOPHER TURNER, Spec. Admin.; KEITH GANTENBEIN, Attorney; RORY FRANCIS, Attorney; DIANNA MAYO, Fraudulent Marriage Claims; JUDGE BABCOCK, CLERKS OF THE COLORADO COURT OF APPEALS, CLERK OF THE COLORADO SUPREME COURT, ADAMS COUNTY PROBATE COURT, ADAMS COUNTY PROSECUTOR, WILL SMITH, JESSICA ROMO, BEATRICE ROMO, WFG TITLE COMPANY, CAPITAL GROUP/AMERICAN FUNDS, MUTUAL OF OMAHA, HORACE MANN INSURANCE, RUSHMORE LOAN SERVICING, CREDIT UNION (UNNAMED LENDER), SELLSTATE REALTY, REMAX REALTY, REDPOINT CONSULTING LLC, CASEY A. ROGERS, AMANDA PACHECO, OFFICER BRODHEIM, ADAMS COUNTY SHERIFF'S OFFICE, UNNAMED WATCHDOG OFFICERS, COLORADO STATE PATROL, COLORADO COUNTY ASSESSOR'S OFFICE, COLORADO DEPARTMENT OF SOCIAL SERVICES, NEBRASKA DEPARTMENT OF SOCIAL SERVICES, JOHN DOES 1-5, and JANE DOES 1-5,<br><br>    Defendants. | 4:25CV3132<br><br>ORDER |

Plaintiff Donna Strickland-Petri, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business. Further, Plaintiff's second in forma pauperis filing, Filing No. 16, is denied as moot.

Dated this 28th day of July, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge